

FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARASH DURRANI,<br><br>Defendant. | Case No. SA CR 12-242 DOC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of bail resources
☐ Refusal to interview with Pretrial Services
☒ No stable residence or employment
☐ Previous failure to appear or violations of probation, parole, or release
☐ Ties to foreign countries
☒ Allegations in petition
☐

B. ☐ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Nature of previous criminal convictions
☒ Allegations in petition
☒ Substance abuse
☐ Already in custody on state or federal offense
☒ Prior modification

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: April 7, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE